DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELIAS ROSADO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3193

[November 22, 2017]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 06-10189CF10A.

Elias Rosado, Miami, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***